JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERALD CROSBY, For Himself and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>LAEMMLE THEATRES, LLC,<br><br>    Defendant. | Case No. **2:13-CV-01565-R-SH**<br><br>[CLASS ACTION]<br><br>**ORDER DISSMISSING WITH PREJUDICE PLAINTIFF'S CLAIM UNDER THE AMERICAN WITH DISABILITIES ACT AND REMANDING ACTION**<br><br>Action Filed:   February 4, 2013<br>Action Removed: March 5, 2013<br>Trial Date:      October 8, 2013<br><br>Judge:    Hon. Manuel L. Real |

1     Having considered the Stipulation of Plaintiff Gerald Crosby ("Plaintiff") and Defendant Laemmle Theaters , LLC ("Defendant"), and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1.     Plaintiff's first cause of action for violation of the Americans with Disabilities Act, 42 U.S.C. section 12101, *et seq.* ("ADA") is dismissed with prejudice because Plaintiff lacks standing to pursue his claim under the ADA.

    2.     This action is hereby remanded to the Superior Court of the State of California, County of Los Angeles, Civil Case No. B500348, with the parties to each bear their own costs and expenses incurred in connection with the removal and remand of this action.

DATE: July 10, 2013      _____

                                            Hon. Manuel L. Real
                                      United States District Court Judge